NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE J. GARCIA, DOC #D46113,       )
                                   )
              Appellant,           )
                                   )
v.                                 )       Case No. 2D17-2589
                                   )
STATE OF FLORIDA,                  )
                                   )
              Appellee.            )
_____   )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Jose J. Garcia, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.